**RECEIVED**

*(Rev. 5/1/13)*

MAR 20 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

**VERNON LEWIS GLOVER #192205**          **CASE NO.  3:19-CV-00213 SEC P**

**VERSUS**                               **JUDGE DOUGHTY**

**MEDICAL STAFF JACKSON PARISH**         **MAGISTRATE JUDGE HAYES**
**CORRECTIONAL CENTER**

**COMPLAINT
PRISONER CIVIL RIGHTS UNDER 42 U.S.C. ' 1983**

I.   **Previous Lawsuits**

    a.   Have you begun any other lawsuit while incarcerated or detained in any facility?
       Yes ☐     No ☑

    b.   If your answer to the preceding question is "Yes," provide the following information.

       1.   State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county of parish):

       2.   Name the parties to the previous lawsuit(s):

       Plaintiffs: _____

       Defendants: _____

       3.   Docket number(s): _____

       4.   Date(s) on which each lawsuit was filed: _____

       5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

    c.   Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
       Yes ☐     No ☑

Page **1** of 4

*(Rev. 5/1/13)*

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.  a.  **Name of institution and address of current place of confinement:**

Jackson Parish Correction Center 327 Industrial Dr. Jonesboro La. 71251

   b.  Is there a prison grievance procedure in this institution?
   Yes ☑    No ☐

   1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit? Yes ☑ No ☐

   If "Yes," what is the Administrative Remedy Procedure number?

   I don't have one because they would not answer me back

   2.  If you did not file an administrative grievance, explain why you have not done so.

   _____

   _____

   3.  If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?

   Like I said they didn't send me no respond back from my

   grievance, to show me no procedure to what the Department of PSC.

   Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.  **Parties to Current Lawsuit:**

   a.  Name of Plaintiff: Vernon Lewis Glover

Page **2** of 4

*(Rev. 5/1/13)*

Address: Jackson Parish Correctional 327 Industrial Dr. Jonesboro La 71251

b. Defendant, Nurse Tiffany Griffen _____, is employed as

Head Nurse Tiffany Griffen at Jackson Parish Correctional Center .

Defendant, Jackson Parish Correctional Administration , is employed as

Jackson Parish Correction Center at 327 Industrial Dr. Jonesboro LA .

Defendant, _____, is employed as

_____ at _____.

Additional defendants: _____

_____

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On August 3-2018 I felt my right lower abdominal hurting, so I put my hand down there to see what was wrong. And there was a large lump on groin. So I wrote the Nurse Tiffany Griffen to see the Docter. On Oct 12-2018 Doctor Pamela Hearn examined me and determine that I had a hernia. Then she schedule me to go to E.A. Conway in Monroe. All this took place at Jackson Parish Correctional where I'am incarcerated at. It has been six months and I have not seen Nurse Tiffany Griffen about Surgery. And I have wrote her and the Warden Timothy Ducote about my Surgery and there has not been no respond back. It is now 3- - 2019 and I am still Caring around this hernia.

*(Rev. 5/1/13)*

## V.    Relief

State exactly what you want the court to provide to you or do for you.  Make no legal arguments.  Cite no cases or statutes.

I would like for the courts to order Jackson Parish Correction Center Administration and Medical staff to fulfeel there obligation by helping me to have my hernia Surgery taken care of at E.A. Conway medical hospital, And I want for my pain and sufferings #250.000 thousand dollars cash.

## VI.    Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___18___ day of _March_ , 20_19_ .


#192205 Vernon Lewis Glover                Vernon Lewis Glover
Prisoner no. (Louisiana Department of                Signature of Plaintiff
Corrections or Federal Bureau of
Prisons

Page 4 of 4