**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**VERNON LEWIS GLOVER #192205**          **CASE NO.  3:19-CV-00213 SEC P**

**VERSUS**                              **JUDGE DOUGHTY**

**MEDICAL STAFF JACKSON PARISH**         **MAGISTRATE JUDGE HAYES**
**CORRECTIONAL CENTER**

**MEMORANDUM ORDER**

The application to proceed *in forma pauperis* having been considered,

IT IS ORDERED that petitioner be allowed to proceed *in forma pauperis* in this action.

IT IS FURTHER ORDERED UNDER 28 U.S.C. 1915(b) that no initial partial filing fee be paid.

IT IS FURTHER ORDERED that plaintiff is required to make monthly payments of 20 percent

of the preceding month's income credited to his account until the full amount of the filing fee is paid.

The Sheriff, Warden, or authorized prison official shall forward such payments from the inmate's account

to the **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083**, each time the

amount in the inmate's account exceeds $10.00 until the balance of the $350.00 filing fee is paid in full.

IT IS ALSO ORDERED THAT, if plaintiff is transferred to another facility or released from

custody, the plaintiff shall notify the Court of his new facility or forwarding address.

THUS DONE in Chambers on this _____ day of _____, 2019.

_____
                    Karen L. Hayes
                    United States Magistrate Judge

cc Prison Accounts Officer - Catahoula Correctional Center