I

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

RECEIVED

MAY 1 4 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

VERNON LEWIS GLOVER
VS.
MEDICAL STAFF JACKSON PARIH
CORRECTIONAL CENTER, ET AL

CIVIL ACTION NO. 19-0213
SECTION P
JUDGE TERRY A. DOUGHTY
MAG. JUDGE KAREN L. HAYES

## MEMDRANDUM ORDER

PlAINTIFF VERNON LEWIS GLOVER IS NOW AMENDING HIS COMPLAINT, TO THE BEST OF HIS ABILITY. NURSE TIFFANY GRIFFEN DIDN'T IMMEDIATELY RESCHEDULE MY HERNIA SURGERY. ON OCT-17-2018, AND DIDN'T ANSWER ME BACK ON NONE OF MY SICK-CALL OR REQUEST FORM. ABOUT MY HERNIA SURGERY, SHE FAIL TO FULFILL HER ObLIGTION AS A NURSE TO MAKE SURE THAT MY HEALTH AND WELFARE IS ALRIGHT. ONE OF THE POSTED POLICY RULES ARE TO TAKE CARE OF EACH INDIVIDUAL NEEDS REGULATION NO. C-01-006. RULE IV-C-002 ADEQUATE

WARDEN TIMOTHY DUCOTE DIDN'T RESPOND BACK TO THE TWO ARP'S OR TWO GRIEVANCES FORMS. IN THOSE FORM WERE INFORMATION ABOUT MY HERNIA SURGERY AND THE SERIOUSNESS OF IT. IF IT WAS TO RUPTURE, THAT THE SUBSTANCE INSIDE OF IT WOULD KILL ME. AND I ASKED TO BE TRANSFERRED TO HUNT'S A DOC FACILITY THAT HAS PROFESSIONAL CERTIFIED DOCTOR'S AND NURSE'S WHO DO HERNIA SURGERY. BY HIM KNOWING IS A VIOLATION OF THE DOC POSTED POLICY. LOUISIANA BASIC JAIL GUIDELINES IV-C003) REGULATION NO. B-06-001/AC-01 KNOWLEDGE OF IT IS A VIOLATION. AND MY TWO WITNESSES WHO SAW ME WRITE THEM

II AND PUT THEM IN THE MAIL BOX ON 12-20-2018 AFTER I DIDN'T GET ANY RESPOND BACK FROM THE NURSE. WITNESSES ARE INMATE MR. REY HUERTA DOC# 351520, AND INMATE MR. BOBBY COLLINS DOC# 439000 LUKE 18:1,8

NOW HERE ARE MY INJURY AND THE HARM. MY INJURY IS THAT I CAN NOT WORK ON A REGULAR JOB BECAUSE OF THE PAIN IN MY GROIN, AND THIS HERNIA IS STILL GROWING AND GOING DOWN IN MY RIGHT TESTICLE WHICH KEEP ME FROM RUNNING OR PITTING UP ANYTHING THAT WEIGHT OVER 20 POUND, AND IT IS MAKING IT HARD FOR ME TO HAVE A REGULAR BOWL MOVEMENT AND IF MY HERNIA WAS TO RUPTURE AND THE SUBSTANCE WOULD GO INTO MY STOMACH AND KILL ME DEAD. AND IT IS STOPPING ME FROM MAKING TRUSTEE ARE GOING TO THE WORK-RELEASE PROGRAM I CAN NOT EVEN GO TO NO KIND OF REHABILITATION PROGRAM.

## GROUP'S OF PERSONS

THE NURSE TIFFANY GRIFFEN, WARDEN TIMOTHY DUCOTE WARDEN SAUCER AND THE MAJOR LEBLANC/COS ALL KNEW ABOUT MY ARP'S AND GRIEVANCES FORMS. THEY ALL TALKED AND NEGLIGENTED THE RULES OF THE POSTED POLICY BY KNOWLEDGE OF THE ACT, BY THERE EMPLOYEE WHO FAIL TO HELP AN INMATE IN NEED OF MEDCIAL ATTENION AND DID NOT HELP THAT IS A VIOLATION. AND JUST FOR THE RECORD, A INMATE NAME LESLIE DAVIS DOC# 36957 CAME FROM JPCC WITH ME HAD A HERNIA SEEN THE SAME DOCTOR HERE AT CAHAHOULA CORRECTIONAL THEY GAVE HIM HIS HERNIA SURGERY AND TOLD ME THAT I WAS DENIED! AND NO I WILL NOT BE SHIPPED BACK TO JPCC, THEY DON'T HOLD DOC PRISONERS. ONLY ISIS INMATES NOW. RESPECTFULLY SUBMITTED S/Mr Vernon Lewis Glover DOC# 192205 DATE 5-12-2019

# STATE OF LOUISIANA

# DEPARTMENT OF PUBLC SAFETY AND CORRECTIONS
# POSTED POLICY

AND HERE ARE A LIST OF VIOLATIONS THAT THEY VIOLATED RULE IV-C-002 ADEQUATE BJG IV-014 OF THE LOUISIANA BASIC JAIL GUIDELINES AND VIOLATION OF MY RIGHTS IV-C003 NOT CONSULTEING Physician ACA CJS 1-4C-07 DEPARTMENT OF REGULATION B-06-001 HC11 VIOLATE MY RIGHTS AND RULES IV-C012 ACESS TO SICK- CALL BJG IV-021; ACA CJS 1-4 C-01, THE DEPARTMENT REGULATION B-06-001/AC-01 THERE KNOWLEDGE OF IT IS A VIOLATION, WHY BECAUSE THEY ARE RESPONDSIBLE FOR MY WelfARE AND MY LIFE

DOC 192205     Date 5-12-2019

RESPECTFULLY SUBMITTED   S/ Mr. Vernon Lewis Glover