UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**VERNON LEWIS GLOVER**     **CIVIL ACTION NO. 19-0213**

                            **SECTION P**

**VS.**

                            **JUDGE TERRY A. DOUGHTY**

**MEDICAL STAFF JACKSON PARISH**     **MAG. JUDGE KAREN L. HAYES**
**CORRECTIONAL CENTER, ET AL.**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Vernon Lewis Glover's request for injunctive relief is **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against "Jackson Parish Correctional Administration" and "Medical Staff Jackson Parish Correctional Center," as well as Plaintiff's claim that defendants violated JPCC and LDPSC policies, rules, guidelines, and regulations, are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 25th day of July, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE