# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**VERNON LEWIS GLOVER**  **CIVIL ACTION NO. 19-0213**

**SECTION P**

**VS.**

**JUDGE TERRY A. DOUGHTY**

**MEDICAL STAFF JACKSON PARISH**  **MAG. JUDGE KAREN L. HAYES**
**CORRECTIONAL CENTER, ET AL.**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Vernon Lewis Glover's remaining claims are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 30th day of September, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE